# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, | ) Case No.: 4:19-cv-02165-HSG |
| Plaintiff, | ) **ORDER TO MOVE** |
| vs. | ) |
| SAN FRANCISCO LIMO, INC., | ) Current Date: July 30, 2019 |
| Defendant. | ) Time: 2:00 PM |
| | ) Proposed Rescheduled Date: N/A |

PURSUANT TO PLAINTIFF'S MOTION AND FINDING GOOD CAUSE,

**IT IS SO ORDERED**.

The Initial Case Management Conference is continued to September 17, 2019 at 2:00 p.m. All other dates in the scheduling order are continued accordingly.

DATED: 7/23/2019

HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE