# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, | ) Case No.: 4:19-cv-02165-HSG |
| Plaintiff, | ) [PROPOSED] **ORDER TO MOVE OR VACATE CMC** |
| vs. | ) |
| SAN FRANCISCO LIMO, INC., | ) Current Date: September 17, 2019 |
| Defendant. | ) Time: 2:00 PM |
| | ) Proposed Rescheduled Date: October 17, 2019 |
| | ) Time: 2:00 PM |

PURSUANT TO PLAINTIFF'S MOTION AND FINDING GOOD CAUSE,

**IT IS SO ORDERED**.

The Initial Case Management Conference is vacated or continued to a new date that is convenient for the Court. All other dates in the scheduling order are vacated or continued accordingly.

DATED: 9/11/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.