# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, | ) Case No.: 4:19-cv-02165-HSG |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SAN FRANCISCO LIMO, INC., | |
| Defendant. | ) Judge: Hon. Haywood S. Gilliam, Jr.<br>) Date: September 17, 2019<br>) Time: 2:00 p.m.<br>) Courtroom: Courtroom 5, 2nd Floor |

Before the Court is Plaintiff's Motion to Appear Telephonically at the Initial Case Management Conference. The Court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED**, and counsel for Plaintiff may appear telephonically at the initial case management conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: 9/16/2019

HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE