# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO LIMO, INC.,<br><br>        Defendant. | Case No.: 4:19-cv-02165-HSG<br><br>**ORDER TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT**<br><br><u>Current Date:</u><br>December 5, 2019<br>Time: 2:00 PM<br><br><u>Proposed Rescheduled Date:</u><br>January 23, 2020<br>Time: 2:00 PM |

PURSUANT TO PLAINTIFF'S MOTION AND FINDING GOOD CAUSE,

**IT IS SO ORDERED**.

The hearing for Plaintiff's Motion for Default Judgment is continued to January 23, 2020 at 2:00 p.m. All other dates in the scheduling order are vacated or continued accordingly.

DATED: 12/2/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE