LAW OFFICES OF LAWRENCE G. TOWNSEND
LAWRENCE G. TOWNSEND CBN 88184
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: 415.882.3200
Facsimile: 415.882.3232
Email: lgt@lgt-law.com

Attorneys for Defendant
SAN FRANCISCO LIMO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO LIMO, INC.,<br><br>    Defendant. | Case No. 4:19-cv-02165-HSG<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND PERMIT FILING OF ANSWER TO COMPLAINT; ORDER**<br><br>Complaint filed: April 23, 2019 |

It is hereby stipulated, by and through the parties' respective counsel, that the default entered against defendant San Francisco Limo, Inc. ("Defendant") be set aside with respect to the following:

  A. The complaint was filed by plaintiff Paul Reiffer ("Plaintiff") on April 24, 2019;

  B. No answer having been filed, despite diligent efforts by plaintiff's counsel, Defendant's default was entered on July 18, 2019;

  C. Plaintiff filed a motion for default judgment on September 13, 2019 that is scheduled for hearing on February 6, 2020;

  D. Defendant's counsel has informed Plaintiff's counsel of circumstances surrounding Defendant's failure to respond to the complaint, including the months-long hospitalization last year of Defendant's corporate counsel and agent for service of process.

Now, therefore, with respect to the foregoing, the parties hereby stipulate as follows:

1. The default against Defendant shall be and is set aside;
2. Defendant shall have ten (10) days following entry of this order to file an answer to the complaint;
3. The motion for default judgment, scheduled for February 6, 2020, shall be and is taken off calendar.

Dated: January 13, 2020

LAW OFFICES OF LAWRENCE G. TOWNSEND

*/s/ Lawrence G. Townsend*
Lawrence G. Townsend
Attorneys for Defendant,
SAN FRANCISCO LIMO, INC.

Dated: January 13, 2020

SRIPLAW

*/s/ Jonah A. Grossbardt*
Jonah A. Grossbardt
Attorneys for Plaintiff,
PAUL REIFFER

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

*/s/ Lawrence G. Townsend*
Lawrence G. Townsend

**STIPULATION AND ORDER TO SET ASIDE DEFAULT; ORDER**

CASE NO. 4:19-CV-02165-HSG

1 **IT IS SO ORDERED except this order terminates docket no. 15.**

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

**STIPULATION AND ORDER TO
SET ASIDE DEFAULT; ORDER**  CASE NO. 4:19-CV-02165-HSG