Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
PAUL REIFFER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO LIMO, INC.,<br><br>Defendant. | Case No.: 4:19-cv-02165-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff PAUL REIFFER and Defendant SAN FRANCISCO LIMO, INC. by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

The parties request that the court retain jurisdiction to enforce the agreement.

DATED: March 12, 2020

| | |
|---|---|
| */s/ Jonah A. Grossbardt*<br>JONAH A. GROSSBARDT<br>**SRIPLAW, P.A.** | */s/ Lawrence G. Townsend*<br>LAWRENCE G. TOWNSEND<br>**LAW OFFICES OF LAWRENCE TOWNSEND** |

Attorneys for Plaintiff Paul Reiffer          Attorneys for San Francisco Limo, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

> By: */s/ Jonah A. Grossbardt*
> **SRIPLAW, P.A.**
> Attorneys for Plaintiff Paul Reiffer

**ORDER**

Pursuant to stipulation of the parties, and Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. The court shall retain jurisdiction to enforce the Agreement.

Dated this 13th day of March, 2020

> Hon. Haywood S. Gilliam, Jr.
> United States District Judge